**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7943**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH PIERRE FORD, a/k/a K-9,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-91-429-A)

———————

Submitted: March 20, 2003          Decided: March 27, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth Pierre Ford, Appellant Pro Se. Robert Chestnut, Jerry R. DeMaio, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Pierre Ford appeals from the district court's order denying his request for an order directing the Bureau of Prisons to permit Ford and his co-defendant to serve their sentences at the same facility. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Ford</u>, No. CR-91-429-A (E.D. Va. Nov. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2